IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Criminal No. 5:09-CR-150-D-1
Civil No. 5:11-CV-119-D

| | | |
|---|---|---|
| FREDRICK DEMOND BATTLE<br>Petitioner, | )<br>)<br>) | |
| v. | )<br>) | **ORDER** |
| UNITED STATES OF AMERICA,<br>Respondent. | )<br>)<br>) | |

Having conducted an examination of petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings and it appearing that dismissal is not warranted at this time, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 11 day of July, 2011.

JAMES C. DEVER III
United States District Judge