UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-cr-00150-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FREDERICK DEMOND BATTLE | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 74, the attached exhibit, and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney, Defendant's attorney and the Defendant.

This the 11 day of August, 2015.

JAMES C. DEVER III
Chief United States District Judge