UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-150-D-1

UNITED STATES OF AMERICA

v.

ORDER TO SEAL

FREDRICK DEMOND BATTLE

On motion of the Defendant, Fredrick Demond Battle, and for good cause shown, it is hereby ORDERED that the **[DE 78]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 17 day of August, 2015.

JAMES C. DEVER, III
Chief United States District Judge