UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Fredrick Demond Battle**               Docket No. 5:09-CR-150-1D

**Petition for Action on Supervised Release**

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Fredrick Demond Battle, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute More than 500 Grams of Cocaine in violation of 21 U.S.C. § 846, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on April 8, 2010, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Fredrick Demond Battle was released from custody on August 5, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has not had any violation conduct since being on supervision. However, he does have a serious criminal history including multiple instances of Resisting a Public Officer. A Cognitive Behavioral Therapy program would further assist him to address his criminal thinking patterns and avoid risky behavior in the future. As a result, the probation office is recommending that his conditions of release be modified to add a Cognitive Behavioral Therapy condition.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.

/s/ Maurice J. Foy                        /s/ Jonathan A. Holmes
Maurice J. Foy                            Jonathan A. Holmes
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          310 New Bern Avenue, Room 610
                                          Raleigh, NC 27601-1441
                                          Phone: 9196104087
                                          Executed On: September 23, 2020

Fredrick Demond Battle
Docket No. 5:09-CR-150-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __24__ day of __September__, 2020, and ordered filed and made a part of the records in the above case.

_____Dever_____
James C. Dever III
U.S. District Judge